# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 6, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 10 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

Abel Acosta. Clerk

Re: Michael Lynn Bradden
v. Texas
No. 15-6830
(Your No. WR-44,402-07, WR-44,402-08)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 9, 2015 and placed on the docket November 6, 2015 as No. 15-6830.

Sincerely,

Scott S. Harris, Clerk

by

Jacob C. Travers
Case Analyst